In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-08-00347-CR


____________________



TAYLOR BOURN, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 410th District Court 


Montgomery County, Texas


Trial Cause No. 06-06-05999-CR






MEMORANDUM OPINION


 Taylor Bourn (1) appeals the revocation of deferred adjudication community supervision
and imposition of a two-year sentence for the state jail felony offense of credit or debit card
abuse. See Tex. Pen. Code Ann. § 32.31 (Vernon Supp. 2008). Bourn pled true to the
eleven allegations contained in the State's motion to adjudicate. 

 On appeal, Bourn's counsel filed a brief that presents counsel's professional
evaluation of the record and concludes the appeal is frivolous. See Anders v. California, 386
U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967); High v. State, 573 S.W.2d 807 (Tex. Crim.
App. 1978). On October 16, 2008, we granted an extension of time for the appellant to file
a pro se brief. We received no response from appellant. 

 We reviewed the appellate record, and we agree with counsel's conclusion that no
arguable issues support an appeal. Therefore, we find it unnecessary to order appointment
of new counsel to re-brief the appeal. See Bledsoe v. State, 178 S.W.3d 824, 826-27 (Tex.
Crim. App. 2005); cf. Stafford v. State, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991). We
affirm the trial court's judgment. (2)

 AFFIRMED.


 __________________________________

 CHARLES KREGER

 Justice


Submitted on February 11, 2009

Opinion Delivered February 25, 2009

Do not publish


Before McKeithen, C.J., Kreger and Horton, JJ.
1. The judgment states that the appellant's name is "Taylor Nicole Bourn[.]"
2. Appellant may challenge our decision in this case by filing a petition for discretionary
review. See Tex. R. App. P. 68.